IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-cv-97-BO

WILLIE COUNCIL, representative for )
Jacqueline Council, deceased wife, )
)
    Plaintiff, )
)
v. ) **ORDER**
)
U.S. NAVY, et al., )
)
    Defendants. )

This matter is before the Court on plaintiff's motion requesting a trial. [DE 26]. In October 2019, the Court dismissed plaintiff's suit brought on behalf of his deceased wife under the Federal Tort Claims Act ("FTCA"). The Court explained that because plaintiff's wife was a nonappropriated fund employee at Camp Lejeune, he was required to seek compensation under the Longshore and Harbor Workers' Compensation Act and that the Court did not have jurisdiction to adjudicate the FTCA claim. The Court has not changed its analysis of the law governing plaintiff's claim. Plaintiff's motion [DE 26] is DENIED.

SO ORDERED, this the ___15___ day of December, 2019.

                                               TERRENCE W. BOYLE
                                               CHIEF UNITED STATES DISTRICT JUDGE